FILED

JAN 3 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8
                                    )    1:09-SW-0084 SMS
9  In the Matter of the             )
   Search of:                       )    ORDER TO UNSEAL SEARCH WARRANT
10                                   )    AFFIDAVIT AND WARRANT
   310 MORENO COURT                  )
11 PLANADA, CALIFORNIA               )
                                     )
12                                   )
                                     )
13 _____

14      The search warrant affidavit and warrant in this case having

15 been sealed by Order of this Court on April 10, 2009, and it

16 appearing that the affidavit and warrant are not required to

17 remain secret based upon the motion submitted by the government,

18      IT IS HEREBY ORDERED that the search warrant affidavit and

19 warrant be unsealed and made public record.

20 Dated: 1/31/12

21

22

23                              UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28